# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH LAUFER,<br>Plaintiff,<br><br>v.<br><br>FIRST STREET GROUP LLC,<br>Defendant | Case No. 1:20-cv-00366-LJV |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on November 3, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie*<br>Tristan W. Gillespie<br><br>THOMAS B. BACON, P.A.<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Robert C. Carbone*<br>Robert C. Carbone<br><br>Woods Oviatt Gilman LLP<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202<br><br>ATTORNEYS FOR DEFENDANT |